MYRA MCGRATH, as Administratrix of the Estate of GEORGE MCGRATH, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

(Argued December 13, 1933; decided January 9, 1934.)

*Howard Cobb* for appellant.

*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs; **no opinion.**

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.